Frank Mandel, Appellant, v. Dominick Spinelli, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.

No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.